UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| Magnetation LLC,<br>    Debtor. | Case No. 15-50307<br>Chapter 11 Case |
| Mag Lands, LLC,<br>    Debtor. | Case No. 15-50308<br>Chapter 11 Case |
| Mag Finance Corp.,<br>    Debtor. | Case No. 15-50309<br>Chapter 11 Case |
| Mag Mining, LLC,<br>    Debtor. | Case No. 15-50310<br>Chapter 11 Case |
| Mag Pellet LLC,<br>    Debtor. | Case No. 15-50311<br>Chapter 11 Case |

**ORDER (I) GRANTING AN EXPEDITED HEARING AND (II) SETTING A BAR DATE**

Upon the motion (the "**Motion**")[1] of Magnetation LLC and its subsidiaries that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") pursuant to sections 105(a) and 501 of the Bankruptcy Code, setting the bar date as July 15, 2015 as more fully described in the Motion; and upon consideration of the Declaration of Joseph A. Broking, Chief Financial Officer of Magnetation LLC, filed in support of the Debtors' first-day pleadings; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the requested relief being a core proceeding the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to parties in interest as specified in Local Rule 9013-3(a)(2),

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/07/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion and having held a hearing with appearances of parties in interest noted in the transcript thereof (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined, that immediate relief is necessary to avoid irreparable harm; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS ORDERED:

1. The Motion is granted, including the request for expedited relief.

2. All persons and entities, other than any Governmental Units, that assert a claim, as defined in section 101(5) of the Bankruptcy Code, against any Debtor that arose prior to the Petition Date, shall submit a proof of claim in writing so that it is actually received by 5:00 p.m. (prevailing Central time) on or prior to July 15, 2015.

3. The Clerk of Court is directed to indicate on the Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Deadlines in this case that the deadline for filing proofs of claim by any person or entity other than a Governmental Unit is 5:00 p.m. (prevailing Central time) on July 15, 2015.

*/e/ Gregory F. Kishel*

Dated: May 07, 2015

Gregory F. Kishel
Chief United States Bankruptcy Judge

2