UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

| | |
|---|---|
| In re: | Jointly Administered under<br>Case No. 15-50307 |
| MAGNETATION LLC, et al, | Court File No. 15-50307 (GFK) |
| Debtors. | |
| (includes: | Court File Nos.: |
| Mag Lands, LLC<br>Mag Finance Corp.<br>Mag Mining, LLC<br>Mag Pellet LLC) | 15-50308 (GFK)<br>15-50309 (GFK)<br>15-50310 (GFK)<br>15-50311 (GFK) |
| | Chapter 11 Cases<br>Chief Judge Gregory F. Kishel |

****************************************************************************************************

### ORDER AUTHORIZING JOINT ADMINISTRATION

****************************************************************************************************

At Duluth, Minnesota
May 8, 2015.

These Chapter 11 cases came before the court at St. Paul, Minnesota on May 7, 2015, for hearing on the Debtors' motions for joint administration and for expedited hearing. Appearances were noted in the record. Upon the moving documents and the record made at the hearing,

IT IS HEREBY ORDERED:

1. These cases shall be jointly administered in the following respects:

    a. All further documents shall be captioned in a fashion identical to the caption of this order.

    b. Only one copy of all further documents need be filed, and all documents shall be filed and docketed in *In re Magnetation LLC,* BKY 15-50307.

    c. The clerk of this court shall maintain the separate electronic records for *In re Mag Lands, LLC,* BKY 15-50308*; Mag Finance*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/08/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

      *Corp.,* BKY 15-50309*; Mag Mining, LLC,* BKY 15-50310*;* and *Mag Pellet LLC,* BKY 15-50311, in an open status pending further order of the court.

d.    The Debtors and the United States Trustee may stipulate to the submission of one disclosure statement and plan of reorganization encompassing the five cases. The disclosure statement shall include a separate liquidation analysis for each Debtor, unless otherwise ordered by the court.

e.    At the United States Trustee's election in his discretion, one creditors' committee may be appointed for all five cases, with members drawn from all five cases, or separate committees may be appointed for all five cases.

f.    The Debtors shall file Monthly Operating Reports as may be arranged between them and the United States Trustee. Those parties may agree to allow the filing of a single, joint monthly operating report for all of the Debtors with segregated data specific to each Debtor. Each Debtor shall remain liable for its own United States Trustee fees required under 28 U.S.C. § 1930(a)(6).

g.    At the United States Trustee's election in his discretion, any future meetings of creditors may be scheduled and conducted jointly. The arrangements for such shall be finalized and communicated to the clerk of this court before the issuance of all notices.

h.    One cumulated mailing matrix shall be maintained for all five cases, which the Debtors' counsel shall submit *in a complete and comprehensive form* as soon as required under applicable rule. The matrix shall be maintained in the electronic record for BKY 15-50307.

i.    Separate claims registers shall be maintained henceforth for all claims in all five cases. Counsel for the Debtors shall consult with the United States Trustee and the clerk of this court to prepare applicable forms, notices, and procedures to effectuate this provision (including a standard form for a proof of claim

2

>specific to these cases, and instructions for submitting proofs of claim).

2. Nothing in this order shall be construed to effectuate a substantive consolidation of these cases and their estates. The estates in these cases shall not be consolidated before a motion for such relief is made and granted.

3. The clerk of this court shall enter this order on the docket of each of the Debtors' cases and shall make the following docket entry in each case:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Magnetation LLC, Mag Lands, LLC, Mag Finance Corp., Mag Mining, LLC, and Mag Pellet LLC. The docket in Case No. 15-50307 (GFK) should be consulted for all further documents filed and all matters affecting these cases.

Notice of the entry of this order will be given via CM/ECF and the clerk of this court shall transmit a copy of it to the twenty largest creditors in each case as listed by the Debtors.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE