UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:                                                  **Jointly Administered under**
                                                        **Case No. 15-50307**

MAGNETATION LLC, et al,                                 Court File No. 15-50307 (GFK)

        Debtors.

(includes:                                              Court File Nos.:

Mag Lands, LLC                                          15-50308 (GFK)
Mag Finance Corp.                                       15-50309 (GFK)
Mag Mining, LLC                                         15-50310 (GFK)
Mag Pellet LLC)                                         15-50311 (GFK)

                                                                             Chapter 11 Cases
                                                                          Chief Judge Gregory F. Kishel

****************************************************************************************************

**ORDER DENYING DEBTORS' MOTION RE:
RETENTION OF DONLIN, RECANO & COMPANY, INC.**

****************************************************************************************************

At Duluth, Minnesota
May 11, 2015.

       These Chapter 11 cases were commenced by voluntary petitions filed on May 5, 2015.[1] They came before the court at St. Paul on May 7, 2015, on various "first day" motions brought by the Debtors. Among them was the Debtors' motion [Dkt. No. 26] for an order authorizing them to retain Donlin, Recano & Company, Inc. to perform in various capacities in the administration of these cases, including the maintenance of what are described as parts of an "official record" for these cases independently of the clerk of this court . The motion was styled under 28 U.S.C. § 156(c). Michelle M. McGreal and Marshall S. Huebner of Davis Polk & Wardwell

---

[1]Pursuant to an order entered on May 8, 2015 [Dkt. No. 72 in BKY 15-50307], the cases are now jointly administered; the case of Debtor Magnetation LLC is the lead case. All further references to docket entries will use the enumeration for BKY 15-50307.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/11/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

LLP appeared on behalf of the Debtors. Sarah J. Wencil appeared on behalf of the United States Trustee as objector. The court memorialized rulings on the record in disposition of the motion and the objection. On the record thus made,

IT IS ORDERED:

1. The Debtors' motion, as styled under 28 U.S.C. § 156(c) and for the specific complex of relief set forth in the motion, is denied.

2. The disposition under Term 1 is without prejudice to an application under 11 U.S.C. § 327 for leave to retain Donlin, Recano & Company, Inc. as a professional person, for more limited and strictly-defined duties in the administration of the estate. Such proposed duties shall not include a purported administration of a part of the court's official record.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE