UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 15-50307** |
| MAGNETATION LLC, et al, | Court File No. 15-50307 (GFK) |
| Debtors. | |
| (includes: | Court File Nos.: |
| Mag Lands, LLC | 15-50308 (GFK) |
| Mag Finance Corp. | 15-50309 (GFK) |
| Mag Mining, LLC | 15-50310 (GFK) |
| Mag Pellet LLC) | 15-50311 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING FOR ENTRY OF FINAL ORDER
(I) GRANTING AN EXPEDITED HEARING, (II) AUTHORIZING THE DEBTORS
(A) TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105,
361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) AND 507 AND (B) TO
UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND
(III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED
CREDITORS PURSUANT TO 11 U.S.C. §§ 361, 362, 363, 364 AND 507**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:    The parties-in-interest as specified in Local Rule 9013-3(a)(2).

**PLEASE TAKE NOTICE** that, on May 5, 2015, Magnetation LLC and its subsidiaries, as debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") filed the Notice of Hearing and Joint Motion for Entry of Interim and Final Orders (i) Granting an Expedited Hearing, (ii) Authorizing the Debtors (a) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and (b) to

Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (iii) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507 [ECF No. 18] (the "**Motion**") with the United States Bankruptcy Court for the District of Minnesota (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on May 7, 2015, the Court entered the Interim Order (i) Granting an Expedited Hearing, (ii) Authorizing the Debtors (a) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and (b) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (iii) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507 [ECF No. 60] (the "**Interim Order**"), which approved the relief requested in the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the portion of the Motion seeking final relief will be held on **June 10, 2015 at 10:00 a.m. (prevailing Central time)** before Gregory F. Kishel, Chief United States Bankruptcy Judge for the District of Minnesota, in Courtroom No. 2A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed and delivered to the parties-in-interest as specified in Local Rule 9013-3(b) not later than **12:00 p.m. (prevailing Central time) on June 4, 2015**. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT A HEARING.**

**PLEASE TAKE FURTHER NOTICE** that any reply to any response to the Motion must be filed and delivered to (i) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attention: Marshall S. Huebner and Michelle M. McGreal, (ii) Lapp,

Libra, Thomson, Stoebner & Pusch, Chartered, 120 South Sixth Street, Suite 2500, Minneapolis, Minnesota 55402, Attention: Ralph V. Mitchell and Mark J. Kalla, (iii) Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, New York 10005, Attention: Evan R. Fleck and Bradley S. Friedman and (iv) the Office of the United States Trustee, 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, not later than **12:00 p.m. (prevailing Central time) on June 8, 2015**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and Interim Order may be obtained for a fee at http://www.mnb.uscourts.gov/ or at no charge at https://www.donlinrecano.com/Clients/mag/Dockets.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: May 12, 2015

LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED

*/e/ Ralph V. Mitchell*
Ralph V. Mitchell (#184639)
Mark J. Kalla (#159487)
120 South Sixth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 338-5815
Facsimile: (612) 338-6651
RMitchell@lapplibra.com
MKalla@lapplibra.com

*Proposed Local Counsel to the Debtors and Debtors in Possession*

-and-

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner (NY #2601094)
Damian S. Schaible (NY #4086864)
Michelle M. McGreal (NY #4599031)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
marshall.huebner@davispolk.com
damian.schaible@davispolk.com
michelle.mcgreal@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*