IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

DULUTH DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| MAGNETATION LLC, ) | |
| ) | Case No. 15-50307 |
| ) | |
| Debtor. ) | |
| ) | |

## APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

The undersigned attorney with the law firm of Barnes & Thornburg LLP hereby enters his appearance in the above-captioned case as counsel for Rogers Group, Inc., and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be served upon him at the following address, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

>Michael K. McCrory, Esq.
>BARNES & THORNBURG LLP
>11 S. Meridian Street
>Indianapolis, IN  46204
>Phone: (317) 231-7267
>Fax: (317) 231-7433
>Email:  mmccrory@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved by Rogers Group, Inc., without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Respectfully submitted this 13th day of May, 2015.

/s/ *Michael K. McCrory*
Michael K. McCrory
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN  46204
Phone: (317) 231-7267
Fax: (317) 231-7433
Email:  mmccrory@btlaw.com

*Attorney for Rogers Group, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance and Request for Notices and Papers was filed electronically this 13th day of May, 2015. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, Postage Pre-Paid upon parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Michael K. McCrory*
Michael K. McCrory

INDS01 1511262v1