UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 15-50307** |
| MAGNETATION LLC, et al, | Court File No. 15-50307 (GFK) |
| Debtors. | |
| (includes: | Court File Nos.: |
| Mag Lands, LLC | 15-50308 (GFK) |
| Mag Finance Corp. | 15-50309 (GFK) |
| Mag Mining, LLC | 15-50310 (GFK) |
| Mag Pellet LLC) | 15-50311 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

***

**ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
WITHIN WHICH TO FILE A PLAN OF REORGANIZATION
AND SOLICIT VOTES THEREON**

***

Upon the Motion[1] of Magnetation LLC and its subsidiaries that are debtors and debtors in possession (collectively, the "**Debtors**") for an order, pursuant to section 1121(d) of the Bankruptcy Code, extending the exclusive periods under sections 1121(b) and (c) of the Bankruptcy Code within which only the Debtors may file a plan and solicit votes thereon, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the requested relief being a core proceeding the Bankruptcy Court can determine pursuant to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/19/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties in interest as specified in Local Rule 9013-3(a)(2), and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS ORDERED:

1. The relief requested in the Motion is GRANTED.

2. The Debtors' exclusive period in which to file a plan of reorganization is extended to November 1, 2015.

3. The Debtors' exclusive period in which to solicit acceptance of a plan of reorganization is extended to December 31, 2015.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 19, 2015

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge