UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 15-50307** |
| MAGNETATION LLC, et al., | Court File No. 15-50307 (GFK) |
| Debtors. | |
| (includes: | Court File Nos.: |
| Mag Lands, LLC | 15-50308 (GFK) |
| Mag Finance Corp. | 15-50309 (GFK) |
| Mag Mining, LLC | 15-50310 (GFK) |
| Mag Pellet LLC) | 15-50311 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING AND JOINT MOTION FOR
AN ORDER AUTHORIZING ASSUMPTION OF
EXECUTORY CONTRACT WITH AK STEEL CORPORATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILED UNDER SEAL**

Dated:   September 8, 2015

        Respectfully Submitted,

By:  */e/ Amelia T.R. Starr*
    Marshall S. Huebner (admitted *pro hac vice*)
    Amelia T.R. Starr (admitted pro hac vice)
    Michelle M. McGreal (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York  10017
    Telephone: (212) 450-4000
    Facsimile: (212) 450-3800
    E-mail: marshall.huebner@davispolk.com
    E-mail: amelia.starr@davispolk.com
    E-mail: michelle.mcgreal@davispolk.com

    *Counsel to the Debtors and*
      *Debtors in Possession*

    -and-

    Ralph V. Mitchell (#184639)
    LAPP, LIBRA, THOMSON,
      STOEBNER & PUSCH, CHARTERED
    120 South 6th Street, Suite 2500
    Minneapolis, Minnesota 55402
    Telephone: (612) 338-5815
    Facsimile: (612) 338-6651
    E-mail: RMitchell@lapplibra.com

    *Local Counsel for Debtors and*
      *Debtors in Possession*

**EXHIBIT A**

**FILED UNDER SEAL**