

**INVOICE**

Invoice Number  61198
Invoice Date  12/28/2015
Page  1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 01/27/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor:** Magnetation, LLC<br>**Contract:** 502-7652099-001 **ACS**<br>**Placement:** 2063938<br>**Asset:** 2013 Volvo A40F S/N 2097 | Voluntary Repo<br>Tow | $ 500.00<br>$ 675.00 |

Subtotal  $ 1,175.00
Sales Tax  $ 0.00

**TOTAL**  $ 1,175.00

PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215

13

**EXHIBIT B**

**ACS**
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**

| | |
|---|---|
| Invoice Number | 61196 |
| Invoice Date | 12/28/2015 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 01/27/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7652099-001 **ACS**<br>**Placement**: 2063938<br>**Asset**: 2014 Volvo A40F S/N 2426 | Voluntary Repo<br>Tow | $ 500.00<br>$ 675.00 |

| | |
|---|---|
| Subtotal | $ 1,175.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,175.00 |

PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215

13



ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**
Invoice Number 61197
Invoice Date 12/28/2015
Page 1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 01/27/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7652099-001 **ACS**<br>**Placement**: 2063938<br>**Asset**: 2014 Volvo A40F S/N 2425 | Voluntary Repo<br>Tow | $ 500.00<br>$ 675.00 |

Subtotal $ 1,175.00
Sales Tax $ 0.00

| TOTAL | $ 1,175.00 |
|---|---|

PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215

13