

**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:    June 11, 2015
Invoice No: 155252
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 3,651.00 | 59.69 | 0.00 | 0.00 | $3,710.69 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

*WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.*
*VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted*

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE:  Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____  Authorized Signature: _____

Mailing Address or Email address (for receipt): _____

**EXHIBIT C**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983 Fax: 701-356-6395**          **Tax ID #45-0348495**

***Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN***

Invoice Date:    June 11, 2015
Invoice No: 155252
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

| | | | HOURS |
|---|---|---|---:|
| 05/05/15 | CWS | Emails from/to Tara re: new Ch. 11 bankr. cases.  Draft notice of appearance.  Initial review of docket, first day motion for cash collateral. | 1.70 |
| 05/06/15 | CWS | Continue review of 1st day motions.  Email to/from Tara.  Call to attorneys for CAT Financial and ad hoc creditor committee.  Research re: Section 363(e) adequate protection.  Draft objection to DIP Financing Motion and order for adequate protection. | 4.20 |
| 05/07/15 | CWS | Emails from/to Tara re: objection filed.  Attend hearing on 1st day motions by phone.  Initial review of documents from Tara | 4.90 |
| 05/12/15 | CWS | Emails from/to Tara re: final amounts owing/spreadsheet, last payments by Mag LLC did not go through.  Call to attorney Matt McLintock.  Review creditor committee appointment. | 0.40 |
| 05/12/15 | JMN | Research for motion to assume/reject. | 0.20 |
| 05/19/15 | CWS | Email from Tara re: request for new lease.  Call to NY counsel.  Call to MN local counsel re: payments to lease creditors.  Research re: obtaining credit. | 0.70 |
| 05/20/15 | CWS | Call and email from/to Bettye and Tara re: insurance claim on vehicle.  Call to NY counsel. | 0.30 |
| 05/21/15 | CWS | Email to Attorney McGreal re: status of lease payments, insurance claim.  Email to Bettye re: status. | 0.30 |
| | **TOTAL FEES** | | 12.70        $3,651.00 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Caren Stanley | 12.50 | 290.00 | 3,625.00 |
| Jill Nona | 0.20 | 130.00 | 26.00 |

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic LLC

| | | |
|---|---|---:|
| 05/31/2015 | Westlaw Computer  Research, Caren Stanley, 5/6,5/20 | 59.69 |
| | TOTAL ADVANCES | $59.69 |

**Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN**

| | |
|---|---:|
| **TOTAL NEW CHARGES** | $3,710.69 |
| Less Payments Already Applied as of June 11, 2015 | 0.00 |
| **TOTAL BALANCE DUE** | $3,710.69 |

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     July 13, 2015
Invoice No: 156971
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 3,710.69 | 4,085.50 | 287.15 | 0.00 | 0.00 | $8,083.34 |

***IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.***

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client
portal at the bottom of the home page to make a convenient, secure payment.
VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

***or complete the required information below to send by mail or fax to 701.356.6395***

CIRCLE CARD TYPE: Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     July 13, 2015
Invoice No: 156971
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

| Date | Initials | Description | HOURS |
|------|----------|-------------|-------|
| 06/01/15 | CWS | Email to/from Tara re: status of case.  Call to UST (Sarah Wencil) re: status.  Work on initial draft of motion to assume/reject lease. | 1.60 |
| 06/03/15 | CWS | Research re: assume/reject personal property lease in 8th Cir. | 1.40 |
| 06/08/15 | CWS | Emails from/to Tara re: attendance at 341 meeting of creditors. Conf. with NR re: meeting. | 0.50 |
| 06/08/15 | JMN | E-mail from CWS; conf. with NR re 341 meeting; review documents in electronic file; gather bankruptcy filings for 341 meeting attendance for NR. | 0.60 |
| 06/08/15 | NJR | Phone call with Caren Stanley regarding creditor meeting on 6/9/15. | 0.20 |
| 06/08/15 | NJR | File review and discussions with paralegal and Caren Stanley regarding file and creditor meeting in Minneapolis. | 0.50 |
| 06/09/15 | NJR | Document prep and file review in advance of creditor meeting. | 0.30 |
| 06/09/15 | NJR | Travel and attendance at creditors meeting in Minneapolis, Minnesota. | 11.00 |
| 06/10/15 | CWS | Emails from/to Tara re: payments.  Email to debtors attorney re: payments.  Conf. with NR re: 341 meeting.  Call to attorney for CAT Financial. | 0.70 |
| 06/10/15 | NJR | Meeting and correspondence with Caren Stanley regarding creditor meeting; correspondence with Attorney Kesha Tanabe regarding status of payment on equipment leases to other creditors. | 0.50 |
| 06/10/15 | INT | Research dockets in PACER | 0.20 |
| 06/11/15 | CWS | Call from attorney for CAT Financial.  Call to Tara re: payment reconciliation.  Email to Attorney McGreal re: short payment amount. | 1.10 |
| 06/24/15 | CWS | Email from/to Tara re: format for proof of claims as lease creditor. | 0.20 |
| 06/24/15 | JMN | Conf. with CWS re Lease POC attachment. | 0.10 |
| 06/30/15 | CWS | Review amended schedules.  Review motion filed by creditor for adequate protection, lift of stay. | 0.30 |

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic LLC

| | | |
|---|---|---|
| **TOTAL FEES** | 19.20 | $4,085.50 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Neil J. Roesler | 12.50 | 185.00 | 2,312.50 |
| VLF Intern | 0.20 | 0.00 | N/C |
| Caren Stanley | 5.80 | 290.00 | 1,682.00 |
| Jill Nona | 0.70 | 130.00 | 91.00 |

| | | |
|---|---|---|
| 06/11/2015 | Neil Roesler: NJR Mileage Reimbursement to Mpls for Hrg, 6/9 | 287.15 |
| | TOTAL ADVANCES | $287.15 |

***Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN***

| | |
|---|---|
| **TOTAL NEW CHARGES** | $4,372.65 |
| **\*\*PREVIOUS BALANCE: .......................................** | 3,710.69 |
| Less Payments Already Applied as of July 13, 2015 | 0.00 |
| **TOTAL BALANCE DUE** | $8,083.34 |

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:    August 21, 2015
Invoice No: 159305
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 8,083.34 | 2,072.00 | 39.00 | 0.00 | -3,725.15 | $5,821.69 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client***
***portal at the bottom of the home page to make a convenient, secure payment.***
***VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE: Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____  Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     August 21, 2015
Invoice No: 159305
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/01/15 | CWS | Review various motions to assume/reject, adequate protection, etc.  Review drafts of POC. | 2.20 | |
| 07/02/15 | CWS | Email to Tara re: proof of claim format.  Email to Tara re: status update, attaching certain pleadings. | 1.30 | |
| 07/07/15 | CWS | Review changes to POC's.  Review POC's filed by Caterpillar Leasing.  Email to/from Tara re: same.  Review agenda for July Omnibus hearing. | 0.70 | |
| 07/13/15 | CWS | Review unsecured creditor committee response to debtor's motion to approve restructuring contract.  Review transcript of June 10th hearing. | 0.60 | |
| 07/14/15 | JMN | Receipt/review of notice with audio of hearing; download electronic file. | 0.10 | |
| 07/16/15 | CWS | Listen to recording of July omnibus hearing.  Emails from/to Tara re: discrepancy in lease payments, status of July payment.  Email to Attorney McGreal re: status of July lease payments.  Email to CAT Financial's attorney. | 1.70 | |
| 07/17/15 | CWS | Email from Mag's attorney.  Email to Tara. | 0.10 | |
| 07/21/15 | CWS | Email from/to Attorney McGreal re: July pmt made, copy of Schedule 005.  Email to Tara re: cure of sub-lease. | 0.20 | |
| 07/22/15 | CWS | Emails from/to Tara re: letter to Magnetation on Schedule 005.  Email to/from Attorney for Magnetation. | 0.30 | |
| | **TOTAL FEES** | | 7.20 | $2,072.00 |

**SUMMARY: TIMEKEEPER RECAP**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 7.10 | 290.00 | 2,059.00 |
| Jill Nona | 0.10 | 130.00 | 13.00 |

Volvo Financial Services North America

Page 3

August 21, 2015

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic
LLC

| | | |
|---|---|---|
| 07/10/2015 | Pacer Service Center: Copy Charges | 39.00 |
| | TOTAL ADVANCES | $39.00 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

**TOTAL NEW CHARGES**      $2,111.00

**\*\*PREVIOUS BALANCE: ......................................**      8,083.34

Less Payments Already Applied as of August 21, 2015      -4,372.65

**TOTAL BALANCE DUE**      $5,821.69

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:      September 22, 2015
Invoice No: 161059
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 5,821.69 | 696.00 | 0.00 | 0.00 | 0.00 | $6,517.69 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment. VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE: Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____  Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     September 22, 2015
Invoice No: 161059
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|          |     |                                                                                                                          | HOURS |          |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/04/15 | CWS | Initial review of preliminary Ch. 11 plan.  Email to CAT Financial's attorney re: missing schedules, deadline to provide info. | 0.90  |          |
| 08/05/15 | CWS | Email from/to Tara re: pmt rec'd, plan review.  Email to Mag LLC's attorneys re: allocation of pmt info.  Review motion to assume/reject non-residential real property. | 0.50 |          |
| 08/06/15 | CWS | Review multiple motions filed by debtor (assume MN DNR lease, reject real property lease, extend exclusivity period).  Emails to/from Tara. | 0.90 |          |
| 08/10/15 | CWS | Email from Mag attorney re: payment allocation.  Email to Tara re: same. | 0.10 |          |
|          |     | **TOTAL FEES**                                                                                                           | 2.40  | $696.00  |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER    | HOURS | HOURLY RATE | TOTAL  |
|---------------|-------|-------------|--------|
| Caren Stanley | 2.40  | 290.00      | 696.00 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

**TOTAL NEW CHARGES**                                                             $696.00

**\*\*PREVIOUS BALANCE: ........................................**               5,821.69

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic
LLC

|  |  |
|---|---|
| Less Payments Already Applied as of September 22, 2015 | 0.00 |
| **TOTAL BALANCE DUE** | $6,517.69 |

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:    October 13, 2015
Invoice No: 162398
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 6,517.69 | 232.00 | 0.00 | 0.00 | -696.00 | $6,053.69 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.***
***VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE: Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:    October 13, 2015
Invoice No: 162398
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

| | | | HOURS | |
|---|---|---|---|---|
| 09/02/15 | CWS | Email to Mag's attorneys re: schedule 005 payment status.  Email to Tara re: August payment received?  Email from Mag's attorney re: pmt to be received. | 0.30 | |
| 09/03/15 | CWS | Email from/to Tara re: pmt on schedule 005.  Email to Attorney Kevin Coco re: same. | 0.10 | |
| 09/09/15 | CWS | Review motion to assume/reject (AK Steel). | 0.20 | |
| 09/17/15 | CWS | Email from/to Tara re: insurance coverage.  Email to Mag's attorney re: status of insurance. | 0.20 | |
| | **TOTAL FEES** | | 0.80 | $232.00 |

**SUMMARY: TIMEKEEPER RECAP**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 0.80 | 290.00 | 232.00 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

| | |
|---|---|
| **TOTAL NEW CHARGES** | $232.00 |
| **\*\*PREVIOUS BALANCE: .......................................** | 6,517.69 |

Less Payments Already Applied as of October 13, 2015          -696.00

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic
LLC

**TOTAL BALANCE DUE**                                  $6,053.69

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     November 16, 2015
Invoice No: 164835
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 6,053.69 | 29.00 | 2.10 | 0.00 | -2,111.00 | $3,973.79 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.***
***VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE:  Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     November 16, 2015
Invoice No: 164835
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/06/15 | CWS | Email from Attorney for Mag re: Schedule 005 copy.  Email to Tara re: same. | 0.10 |  |
| | **TOTAL FEES** | | 0.10 | $29.00 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 0.10 | 290.00 | 29.00 |

| 10/20/2015 | Pacer Service Center: Pacer search/documents | 2.10 |
|---|---|---|
| | TOTAL ADVANCES | $2.10 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

| | | |
|---|---|---|
| **TOTAL NEW CHARGES** | | $31.10 |
| **\*\*PREVIOUS BALANCE: .......................................** | | 6,053.69 |
| Less Payments Already Applied as of November 16, 2015 | | -2,111.00 |
| **TOTAL BALANCE DUE** | | $3,973.79 |

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic
LLC

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Our Tax ID #45-0348495**

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:     December 9, 2015
Invoice No: 166117
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 3,973.79 | 145.00 | 0.00 | 0.00 | -3,942.69 | $176.10 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

***WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client***
***portal at the bottom of the home page to make a convenient, secure payment.***
***VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted***

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE: Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front)_____

Amount to Charge: $_____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____

**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**          **Tax ID #45-0348495**

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:    December 9, 2015
Invoice No: 166117
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/24/15 | CWS | Review motion to reject Volvo lease.  Emails to/from Tara re: same. | 0.50 |  |
|  | **TOTAL FEES** |  | 0.50 | $145.00 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 0.50 | 290.00 | 145.00 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

| **TOTAL NEW CHARGES** | $145.00 |
|---|---|
| **\*\*PREVIOUS BALANCE:** ........................................ | 3,973.79 |
| Less Payments Already Applied as of December 9, 2015 | -3,942.69 |
| **TOTAL BALANCE DUE** | $176.10 |

Volvo Financial Services North America

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magnetatic
LLC

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**