

**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**        Our Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND; Moorhead & Minneapolis MN*

Invoice Date:   January 13, 2016
Invoice No: 167894
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 176.10 | 2,204.00 | 0.00 | 0.00 | -145.00 | $2,235.10 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

**WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.
VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted**

*or complete the required information below to send by mail or fax to 701.356.6395*

<u>CIRCLE CARD TYPE:</u>  Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front) _____

Amount to Charge: $ _____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____

**EXHIBIT E**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**

Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:   January 13, 2016
Invoice No: 167894
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|          |     |                                                                                                                                                                                                                                                              | HOURS |          |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/02/15 | CWS | Review lease agreement.  Research re: rejection of lease damages.  Emails to/from Tara re: damages calculation, response to motion to reject.                                                                                                                  | 4.10  |          |
| 12/03/15 | CWS | Additional revisions to limited objection.  Call/emails to Attorney Kevin Coco re: evidence equipment is parked, insufficient time to file claim.  Call and emails to/from Tara re: revision to proposed order.  Multiple emails and calls to Tara and Attorney Coco. | 2.70  |          |
| 12/04/15 | CWS | Email, phone call from Attorney Kevin Coco re: hearing on rejection motion.  Emails to/from clerk re: telephonic appearance.                                                                                                                                   | 0.20  |          |
| 12/08/15 | CWS | Hearing on rejection motion (omnibus hearing).  Email to Debtor's attorney re: pickup location for 3 trucks.                                                                                                                                                    | 0.40  |          |
| 12/10/15 | CWS | Email from/to Tara re: reconciliation of overdue lease payments.  Email to Attorney Coco re: same.                                                                                                                                                              | 0.20  |          |
| **TOTAL FEES** |     |                                                                                                                                                                                                                                                          | 7.60  | $2,204.00 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 7.60 | 290.00 | 2,204.00 |

*Fargo, Bismarck, Williston & Grand Forks ND;  Moorhead & Minneapolis MN*

TOTAL NEW CHARGES                                                                                                                $2,204.00

Volvo Financial Services North America                                                                Page 3
                                                                                          January 13, 2016

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magneta LLC


**PREVIOUS BALANCE:** ……………………………….                                                        176.10


               Less Payments Already Applied as of January 13, 2016                      -145.00
                                                                                       _____
**TOTAL BALANCE DUE**                                                                   $2,235.10












**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**P.O. Box 1389**
**Fargo, ND 58107-1389**
**Phone: 701-237-6983  Fax: 701-356-6395**

Our Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND; Moorhead & Minneapolis MN*

Invoice Date:   February 9, 2016
Invoice No: 169720
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 2,235.10 | 3,157.00 | 10.00 | 0.00 | -2,235.10 | $3,167.00 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

**WANT TO PAY THIS BILL ON-LINE?  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.
VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted**

*or complete the required information below to send by mail or fax to 701.356.6395*

CIRCLE CARD TYPE:  Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front) _____

Amount to Charge: $ _____    Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



**VOGEL Law Firm**

P.O. Box 1389
Fargo, ND 58107-1389
Phone: 701-237-6983  Fax: 701-356-6395

Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND;  Moorhead & Minneapolis MN*

Invoice Date:   February 9, 2016
Invoice No: 169720
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

| Date | TK | Description | HOURS |
|---|---|---|---|
| 01/05/16 | CWS | Work on draft of administrative claim motion and proposed order. Email to calendar clerk re: omnibus hearing date. Email draft to Tara. Conf. with JMN re: amendment to proof of claim. | 6.90 |
| 01/06/16 | CWS | Emails from/to Tara re: revisiosn to administrative claim, proof of claim. Final revisions. | 0.70 |
| 01/06/16 | JMN | Review memo from CWS re amended proof of claim; review prior proof of claim and attachments; e-mails to and from client re attachments; revisions to proof of claim attachments and reassemble as exhibits; download and complete updated proof of claim form for amendment; prepare, finalize, and file Amended Proof of Claim and attachments. | 2.10 |
| 01/06/16 | JMN | Review of Bankruptcy Code/Rules on service of motion for administrative expense; prepare certificate of service; review of docket for interested parties and create matrix for service of same; prepare copies and mailing for service on interested parties. | 2.90 |
| 01/08/16 | JMN | E-mail to client re Amended Claim. | 0.10 |
| 01/12/16 | CWS | Call from Komatsu attorney re: lease payments, idling of Plant 2. | 0.50 |
| 01/13/16 | CWS | Emails from/to Tara re: Dec. payment for leases. | 0.20 |
| 01/14/16 | CWS | Email from/to Attorney for Magnetation re: lease payment wire, settling admin expense claim. | 0.20 |
| 01/21/16 | CWS | Receipt/review fax to purchase admin expense claim. Email copy of offer to Tara. | 0.10 |

**TOTAL FEES**                                                                                              13.70      $3,157.00

**SUMMARY: TIMEKEEPER RECAP**

TIMEKEEPER                                       HOURS      HOURLY RATE                TOTAL

Volvo Financial Services North America                                                                                    Page 3
                                                                                                                February 9, 2016
Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magneta LLC


| | | | |
|---|---|---|---|
| Caren Stanley | 8.60 | 290.00 | 2,494.00 |
| Jill Nona | 5.10 | 130.00 | 663.00 |


| | | | |
|---|---|---|---|
| 01/12/2016 | Pacer Service Center: Pacer search/documents | | 10.00 |
| | TOTAL ADVANCES | | $10.00 |


*Fargo, Bismarck, Williston & Grand Forks ND; Moorhead & Minneapolis MN*

| | |
|---|---|
| **TOTAL NEW CHARGES** | $3,167.00 |
| **\*\*PREVIOUS BALANCE:** ......................................... | 2,235.10 |
| Less Payments Already Applied as of February 9, 2016 | -2,235.10 |
| **TOTAL BALANCE DUE** | $3,167.00 |


**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**



**VOGEL Law Firm**

P.O. Box 1389
Fargo, ND 58107-1389
Phone: 701-237-6983  Fax: 701-356-6395

Our Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND; Moorhead & Minneapolis MN*

Invoice Date:  March 9, 2016
Invoice No: 171518
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

**ACCOUNT SUMMARY**

| PREVIOUS BALANCE | SERVICES | EXPENSES | ADJUSTMENTS | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 3,167.00 | 957.00 | 0.00 | 0.00 | 0.00 | $4,124.00 |

*IF PAYING BY CHECK - PLEASE INCLUDE THIS ENTIRE COVER PAGE.*

**WANT TO PAY THIS BILL ON-LINE?**  Visit www.vogellaw.com and click on the client portal at the bottom of the home page to make a convenient, secure payment.
**VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS accepted**

or complete the required information below to send by mail or fax to 701.356.6395

CIRCLE CARD TYPE:  Visa, MasterCard, Discover or American Express

Name as it appears on card: _____

Card No.: _____

Expiration Date: (MM/YY) _____

3 digit security code (on back of card) or 4 digit code on American Express (front) _____

Amount to Charge: $ _____   Authorized Signature: _____

Mailing Address or Email address (for receipt): _____



P.O. Box 1389
Fargo, ND 58107-1389
Phone: 701-237-6983   Fax: 701-356-6395          Tax ID #45-0348495

*Fargo, Bismarck & Grand Forks ND; Moorhead & Minneapolis MN*

Invoice Date:   March 9, 2016
Invoice No: 171518
Account No: 029745.15011

Volvo Financial Services North America
c/o Tara Maxey
P.O. Box 26131
Greensboro, NC  57402-6131

Re: Volvo Financial Services North America - v. Mag Mining, LLC
and Magnetation LLC

|  |  |  | | HOURS |  |
|---|---|---|---|---|---|
| 02/03/16 | CWS | Emails to/from Tara re: 2nd rejection of leases notice. Review rejection motion. | | 0.50 | |
| 02/05/16 | CWS | Email to/from Tara re: 2nd lease rejection. Call to Attorney Kevin Coco. | | 0.20 | |
| 02/08/16 | CWS | Call from Attorney Kevin Coco re: admin expense motion and 2nd lease rejection motion. Email to Attorney Coco re: terms of admin expense settlement. Email to Tara re: lease rejection date. | | 0.50 | |
| 02/09/16 | CWS | Emails from/to Tara re: 2nd lease rejections, motion for admin expense settlement. Email from/to attorney Kevin Coco re: admin expense claim, proposed order. Draft proposed order for admin claim. | | 0.70 | |
| 02/10/16 | CWS | Emails from/to Attorney Coco re: revised order for admin expense motion. Review order from other admin expense creditor. Email to/from Tara re: 2nd lease rejection. | | 0.80 * | |
| 02/16/16 | CWS | Hearing on administrative expense claim. Review signed orders; email copy to Tara. | | 0.60 * | |
| | **TOTAL FEES** | | | 3.30 | $957.00 |

### SUMMARY: TIMEKEEPER RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Caren Stanley | 3.30 | 290.00 | 957.00 |

*Entries not included in attorney fee calculation for administrative expense claim.

Volvo Financial Services North America

Page 3
March 9, 2016

Re: Volvo Financial Services North America - v. Mag Mining, LLC and Magneta LLC

| | |
|---|---|
| **TOTAL NEW CHARGES** | $957.00 |
| **\*\*PREVIOUS BALANCE:** ........................................ | 3,167.00 |
| Less Payments Already Applied as of March 9, 2016 | 0.00 |
| **TOTAL BALANCE DUE** | $4,124.00 |

**Total Now Due and Payable -**
**A finance charge of 6% may be assessed on balances over 30 days old.**