**INVOICE**

Invoice Number   62460
Invoice Date   03/17/2016
Page   1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7652099-002 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo L250G S/N 3246<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 750.00 |

Subtotal   $ 1,250.00
Sales Tax   $ 0.00

TOTAL   $ 1,250.00

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

**EXHIBIT C**

**INVOICE**

Invoice Number  62461
Invoice Date  03/17/2016
Page  1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7652099-002 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo L250G S/N 3259<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 750.00 |

Subtotal  $ 1,250.00
Sales Tax  $ 0.00

TOTAL  $ 1,250.00

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**