# ACS
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**
Invoice Number 62449
Invoice Date 03/17/2016
Page 1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-001 **ACS**<br>**Placement**: 2065931<br>**Asset**: Volvo G990 S/N 2009<br>  Attn: Susan Frazier<br>  Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 675.00 |

Subtotal $ 1,175.00
Sales Tax $ 0.00

| TOTAL | $ 1,175.00 |

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

**EXHIBIT D**

**INVOICE**

Invoice Number  62451
Invoice Date    03/17/2016
Page            1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-002 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo A40G S/N 0257<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Repossession<br>Delivery | $ 500.00<br>$ 675.00 |

Subtotal       $ 1,175.00
Sales Tax      $ 0.00

TOTAL          $ 1,175.00

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**

**ACS**
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**

| | |
|---|---|
| Invoice Number | 62450 |
| Invoice Date | 03/17/2016 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-003 **ACS**<br>**Placement**: 2065931<br>**Asset**: Volvo A40G S/N 0261<br>  Attn: Susan Frazier<br>  Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 675.00 |

| | |
|---|---|
| Subtotal | $ 1,175.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,175.00 |

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**

# ACS
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**

Invoice Number   62452
Invoice Date     03/17/2016
Page             1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-004 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo EC480DL S/N 0500<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 1,000.00 |

Subtotal   $ 1,500.00
Sales Tax  $ 0.00

TOTAL      $ 1,500.00

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**

**INVOICE**

| | |
|---|---|
| Invoice Number | 62453 |
| Invoice Date | 03/17/2016 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-005 **ACS**<br>**Placement**: 2065931<br>**Asset**: Volvo EC480DL S/N 0495<br>  Attn: Susan Frazier<br>  Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 1,000.00 |

| | |
|---|---|
| Subtotal | $ 1,500.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,500.00 |

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**

**INVOICE**

| | |
|---|---|
| Invoice Number | 62454 |
| Invoice Date | 03/17/2016 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-006 **ACS**<br>**Placement**: 2065931<br>**Asset**: Volvo A40G S/N 0260<br>  Attn: Susan Frazier<br>  Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 675.00 |

| | |
|---|---|
| Subtotal | $ 1,175.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,175.00 |

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

# ACS
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**

| | |
|---|---|
| Invoice Number | 62456 |
| Invoice Date | 03/17/2016 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-007 **ACS**<br>**Placement**: 2065931<br>**Asset**: Volvo A40G S/N 0283<br>  Attn: Susan Frazier<br>  Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 675.00 |

| | |
|---|---|
| Subtotal | $ 1,175.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,175.00 |

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

# ACS
### ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**

Invoice Number  62455
Invoice Date  03/17/2016
Page  1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-008 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo EC480DL S/N 0501<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 1,000.00 |

Subtotal  $ 1,500.00
Sales Tax  $ 0.00

| TOTAL | $ 1,500.00 |

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

**INVOICE**

| | |
|---|---|
| Invoice Number | 62457 |
| Invoice Date | 03/17/2016 |
| Page | 1 |

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-009 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo L250H S/N 1050<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 750.00 |

| | |
|---|---|
| Subtotal | $ 1,250.00 |
| Sales Tax | $ 0.00 |
| TOTAL | $ 1,250.00 |

**PLEASE REMIT TO
ALTERNATIVE COLLECTIONS SOLUTIONS INC
3842 HARLEM ROAD, SUITE 341
BUFFALO, NY 14215**

**INVOICE**

Invoice Number  62458
Invoice Date  03/17/2016
Page  1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-010 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo G990 S/N 2014<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 675.00 |

Subtotal  $ 1,175.00
Sales Tax  $ 0.00

TOTAL  $ 1,175.00

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**

**ACS**
ALTERNATIVE COLLECTION SOLUTIONS

**INVOICE**
Invoice Number  62459
Invoice Date    03/17/2016
Page            1

Alternative Collections Solutions Inc
3842 Harlem Road, Suite 341
Buffalo, NY, 14215

**Client**
VFS US LLC
7025 Albert Pick Rd St
Greensboro, NC 27409

| Terms | Due Date | |
|---|---|---|
| Net 30 | 04/16/2016 | |

| DETAILS | SERVICE | AMOUNT |
|---|---|---|
| **Debtor**: Magnetation, LLC<br>**Contract**: 502-7658521-011 **ACS**<br>**Placement**: 2065931<br>**Asset**:  Volvo L250G S/N 3206<br>   Attn: Susan Frazier<br>   Grand Rapids, MN to Nuss Truck & Equipment in Duluth, MN | Voluntary Repo<br>Delivery | $ 500.00<br>$ 750.00 |

Subtotal   $ 1,250.00
Sales Tax  $ 0.00

TOTAL      $ 1,250.00

**PLEASE REMIT TO**
**ALTERNATIVE COLLECTIONS SOLUTIONS INC**
**3842 HARLEM ROAD, SUITE 341**
**BUFFALO, NY 14215**